# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District District of Texas

Case Number: 3:20-CV-00678-K

Plaintiff:
**Alejandro Zapata and**
**Javier Zapata**

vs.

Defendant:
**DJ Zeta, LLC, Isaias Santiago,**
**Jaime Santiago, Edwin Santiago**
**and Anthony Santiago**

For:
John T. Wilson
16610 Dallas Parkway
Suite 1000
Dallas, TX 75248

Received by On Time Process Service on the 24th day of March, 2020 at 5:49 pm to be served on **Jaime Santiago,**
**3423 Borger Street, Dallas, TX 75212**.

I, Joshua Goodson, being duly sworn, depose and say that on the **27th day of March, 2020** at **12:27 pm, I:**

delivered a true copy of the **Summons & Plaintiffs' Original Complaint with Exhibits; Report to USPTO;**
**Certificate of Interested Persons; Consent to Proceed Before A United States Magistrate Judge** to **Jaime**
**Santiago personally** at the address of **3423 Borger Street, Dallas, TX 75212**, and informed said person of the
contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in
good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth
in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 30th day of
March, 2020 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC

JON PEKAR
My Notary ID # 124424900
Expires January 11, 2023

**Joshua Goodson**
PSC 17600 Expires 10/31/2021

**On Time Process Service**
**1700 Pacific Ave**
**Suite 1040**
**Dallas, TX 75201**
**(214) 740-9999**

Our Job Serial Number: ONT-2020001402
Ref: Zapatas

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k

